No. 98–5623. CHRISTIAN v. SEABOLD, WARDEN, ET AL. Ct. App. Ky. Certiorari denied.

No. 98–5624. DAVIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–5625. ROSS v. UNITED STATES; and
No. 98–5884. ADAMS v. UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 131 F. 3d 970.

No. 98–5626. POSL v. APFEL, COMMISSIONER OF SOCIAL SECURITY. C. A. 8th Cir. Certiorari denied.

No. 98–5628. CHRISTIAN v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 98–5631. OLIVAREZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–5632. SMALLEY v. FRANK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–5633. GONZALES-AMESCUA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–5635. DIAZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–5636. EDWARDS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–5637. DUMAS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–5639. DAVIS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 98–5640. DILLON v. PARKE, SUPERINTENDENT, INDIANA STATE PRISON. C. A. 7th Cir. Certiorari denied.

No. 98–5641. DOYLE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. Ct. Crim. App. Tex. Certiorari denied.